DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAOLO MARTIN LABO RUESTA,**
Appellant,

v.

**THOMAS R. DIAZ, KERRI DIAZ,** and **SURAPANAENE RAMU**,
Appellees.

No. 4D2024-1831

[October 22, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE22-008800.

Paolo Martin Labo Ruesta, Coral Springs, pro se.

Kevin D. Franz and Drew W. Peeler of Boyd & Jenerette, P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.").

GROSS, GERBER, JJ., and SHULLMAN, SARAH L., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***